## Hezekiah PIERCE *v.* STATE of Arkansas

CR 05-230                                          206 S.W.3d 247

### Supreme Court of Arkansas
### Opinion delivered March 31, 2005

*Jonathan T. Lane*, for appellant.

No response.

Per Curiam. Hezekiah Pierce, by his attorney, Jonathan T. Lane, has filed a motion for rule on the clerk. His attorney admits that the notice of appeal was not filed in a timely manner due to a mistake on his part.

We find that such error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion, which we will treat as a motion for belated appeal. *See Terry v. State*, 272 Ark. 243, 613 S.W.2d 90 (1981); *In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (*per curiam*).

The motion for belated appeal is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.